417 A.2d 777

Commonwealth v. Rines, Appellant.

614

 Submitted September
15, 1978. James J. McKeown, for appellant; James A.
Cunningham, Assistant District Attorney, for Common-
wealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

The order of the lower court is hereby affirmed.